UNITED STATES DISTRICTCOURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOTEL 1000, LLC, a Delaware limited liability company, | No. |
| | COMPLAINT |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| vs. | |
| MARKET PLACE CENTER, LTD., a Washington corporation, | |
| Defendant. | |

Plaintiff Hotel 1000, LLC ("Hotel 1000"), by and through the undersigned attorneys, alleges for its Complaint against Market Place Center, Ltd. ("Market Place"), as follows:

## PARTIES

1.      Plaintiff Hotel 1000 is a Delaware limited liability company. Its principal place of business is in Seattle, Washington. It owns the Hotel 1000 hotel located at 1000 First Avenue in Seattle, Washington. It has satisfied all prerequisites to bringing suit.

2.      Defendant Market Place is a Washington corporation. Its principal place of business is in Seattle, Washington. On information and belief, Market Place owns the Inn at the Market hotel, located at 86 Pine Street in Seattle, Washington.

COMPLAINT -- 1

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

No.
m41939-1376956.doc

**JURISDICTION/VENUE**

3.    This Court has subject matter jurisdiction under 28 U.S.C. § 1338(a) and (b), and 28 U.S.C. § 1331.  The Court has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367(a) because such claims are so related to claims in the action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

4.    Venue is proper in this District under 28 U.S.C. § 1391(a) and (b).  Market Place is located within this District.  Market Place regularly conducts business in this District and a substantial part of the events giving rise to these claims occurred in this District.

**FACTS**

5.    Hotel 1000 owns the HOTEL 1000 trademark, which its predecessor and it have used continually in connection with hotel, bar, and restaurant and related services since June 26, 2006.

6.    On April 17, 2007, Hotel 1000's predecessor, 1000 First Ave. Properties, LLC, obtained a federal registration for the HOTEL 1000 trademark (Reg. No. 3231570) in International Class 43 for "hotel services for preferred customers; hotel, bar and restaurant services; hotels; providing banquet and social function facilities for special occasions; providing conference rooms; providing temporary accommodation; provision of conference facilities; provision of conference, exhibition and meeting facilities; rental of rooms."  A true and correct copy of its registration certificate is attached hereto as Exhibit A.  On April 19, 2010, 1000 First Ave. Properties, LLC, assigned its registration to Hotel 1000, *nunc pro tunc*.  A true and correct copy of the assignment recorded with the U.S. Patent and Trademark Office is attached hereto as Exhibit B.

7.    Hotel 1000 has sold services under its HOTEL 1000 trademark to thousands of guests residing throughout the world.  It has invested substantial sums of time, money, and effort

COMPLAINT -- 2

No.
m41939-1376956.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

to develop, use, advertise, and promote its trademark and associated goodwill. As a result, the HOTEL 1000 mark has become an integral and indispensable part of Hotel 1000's business.

8.     On information and belief, the Citysearch and Yahoo! websites, located at *www.citysearch.com* and *www.yahoo.com*, respectively, provide search engines through which consumers can search for, among other things, websites offering goods and services. When a user inputs search terms, the Citysearch and Yahoo! search engines compare the terms used with their databases of websites and generate a list of sites matching those terms. Citysearch and Yahoo! also sell the opportunity to have advertisements appear in a user's search results. Those advertisements appear as "Sponsored Results."

9.     On information and belief, Market Place purchases keywords from Citysearch and Yahoo!.

10.     On further information and belief, Market Place has purchased Hotel 1000's "HOTEL 1000" registered trademark as one such keyword. Consequently, when a user inputs "Hotel 1000" into the Citysearch and Yahoo! search engines, the search engines return results that include links to the Inn at the Market as a part of their "Sponsored Results." A copy of these search results is attached hereto as Exhibit C.

11.     Moreover, both search results suggest that the hyperlinks provided in connection with "Hotel 1000" will direct users to Hotel 1000's website, when the links actually direct users to the Inn at the Market's website. For example, a search for "Hotel 1000" in both search engines trigger "Sponsored Results" that state:

Hotel 1000

Official Site: Boutique Hotel in Pike Place Market Downtown Seattle

www.innatthemarket.com.

On the Citysearch site, clicking on the "Hotel 1000" and "www.inatthemarket.com" text directs users to Inn at the Market's website. On the Yahoo! site, the only available hyperlink is associated with the "Hotel 1000" text, which directs users to the Inn at the Market's website.

COMPLAINT -- 3

No.
m41939-1376956.doc

Obviously, the Inn at the Market's website is not Hotel 1000's "Official Site" (*www.hotel1000Seattle.com*), as the "Sponsored Results" wrongly suggest.

### CAUSES OF ACTION

### Claim 1 – Federal Trademark Infringement
#### (15 U.S.C. § 1114)

12.    Hotel 1000 re-states the allegations set forth above.

13.    Hotel 1000 owns and has used its federally-registered HOTEL 1000 trademark in connection with the services described in its registration.

14.    Market Place does not own any rights in HOTEL 1000.

15.    Hotel 1000 has never consented to Market Place's use of its federally-registered trademark.

16.    By nonetheless purchasing and using Hotel 1000's federally-registered trademark as a keyword with Citysearch and Yahoo! to trigger advertisements and links to the Inn at the Market, Market Place is likely to cause confusion, or to cause mistake, or to deceive consumers that are searching for Hotel 1000's website.

17.    Market Place's use of the words "Hotel 1000" and "Official Site" in connection with links to the Inn at the Market's website also is likely to confuse consumers that are searching for Hotel 1000's website.

18.    Market Place's use of Hotel 1000's federally-registered trademark in the advertisements described above is likely to divert customers away from Hotel 1000.

19.    Market Place's use of Hotel 1000's federally-registered trademark in commerce on or in connection with Market Place's services, has caused and is likely to continue to cause confusion, mistake, and deception among consumers and the public as to the source, origin, sponsorship, affiliation, and/or quality of Market Place's services, thereby causing loss, damage, and injury to Hotel 1000 and to the purchasing public. Market Place knew, or in the exercise of reasonable care, should have known that its conduct was likely to mislead the public.

COMPLAINT -- 4

No.

m41939-1376956.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

20.    On information and belief, Market Place's violations of Hotel 1000's federally-registered trademark has been knowing, deliberate, willful, intended to cause mistake and to deceive, and in disregard of Hotel 1000's rights.

21.    As a direct and proximate result of Market Place's violations of Hotel 1000's federally-registered trademark, Hotel 1000 has suffered damages in an amount to be proven at trial. Pursuant to 15 U.S.C. § 1117, Hotel 1000 is further entitled to infringer's profits, exemplary damages, and attorney's fees and costs.

22.    Hotel 1000 has no adequate remedy at law to redress the damage that Market Place's trademark infringement will continue to cause. Under 15 U.S.C. § 1116, it is entitled to an injunction enjoining Market Place's use of its trademark as well as confusingly similar trademarks.

### Claim 2 – False Designation of Origin
#### (15 U.S.C. § 1125(a))

23.    Hotel 1000 re-states the allegations set forth above.

24.    Market Place's acts described above are likely to cause confusion, or to cause mistake, or to deceive consumers as to the affiliation, connection, or association of Hotel 1000 with Market Place or the Inn at the Market, or as to the origin, sponsorship, or approval of Market Place's goods, services, or commercial activities by Hotel 1000, and such acts are likely to confuse or mislead the public into believing that Hotel 1000 is the source or sponsor of Market Place's goods and services. Such likely confusion will cause Hotel 1000 to lose customers and business due to this likely consumer confusion intentionally or negligently caused by Market Place, thereby causing loss, damage, and injury to Hotel 1000 and the purchasing public. Market Place knew, or by the exercise of reasonable care should have known, that its conduct was likely to so mislead the public.

25.    Because Market Place's advertisements are likely to confuse Hotel 1000's business and website with Market Place's illegitimate use of the HOTEL 1000 trademark, Hotel

COMPLAINT -- 5

No.

m41939-1376956.doc

**GRAHAM & DUNN** pc
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

1000's customers and prospective customers are likely to visit the Inn at the Market website when looking for Hotel 1000's website and services.

26.    Market Place's acts described above constitute false designation of origin, false advertising, and unfair competition pursuant to 15 U.S.C. § 1125(a).

27.    Under 15 U.S.C. § 1117(a), Hotel 1000 is entitled to actual damages, exemplary damages, and infringer's profits in an amount to be proven at trial.

28.    Hotel 1000 has no adequate remedy at law to redress the damage that Market Place's wrongful acts will continue to cause.  Under 15 U.S.C. § 1116, it is entitled to an injunction enjoining Market Place's use of its trademark as well as confusingly similar trademarks.

## Claim 3 – Violation of the Washington Consumer Protection Act (RCW 19.86)

29.    Hotel 1000 re-states the allegations set forth above.

30.    Market Place's acts described above constitute unfair and deceptive acts, as those words are used in RCW 19.86.020.

31.    Market Place's unfair and deceptive acts occur in trade or commerce and have caused injury to Hotel 1000 and its business.

32.    Because Market Place continues to advertise, market, offer for sale, and sell hotel services to the general public in connection with its misleading advertisements described above, its unfair and deceptive acts affect the public interest.

33.    Market Place's unfair and deceptive acts have damaged Hotel 1000 in an amount to be proven at trial, including its costs of suit, reasonable attorney's fees, and exemplary damages as authorized by RCW 19.86.090.

34.    Hotel 1000 has no adequate remedy at law to redress the damage that Market Place's wrongful acts will continue to cause.  Therefore, it is entitled to an injunction enjoining Market Place's use of its trademark as well as confusingly similar trademarks.

COMPLAINT -- 6

**GRAHAM & DUNN** pc
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

No.
m41939-1376956.doc

### Claim 4 – Common Law Unfair Competition

35.    Hotel 1000 re-states the allegations set forth above.

36.    In using Hotel 1000's trademark, Market Place has engaged and continues to engage in unfair competition in violation of Hotel 1000's common law rights, including by causing confusion, mistake, and deception among consumers and the public as to the source, origin, sponsorship, affiliation, and/or quality of Market Place's goods and/or services.

37.    Market Place's use of Hotel 1000's trademark constitutes common law unfair competition.  Market Place knew, or in the exercise of reasonable care, should have known that its conduct was likely to mislead the public.

38.    Market Place engaged in the actions described above with the design and purpose of causing injury to Hotel 1000's business through improper means.

39.    As a direct and proximate result of such unlawful actions, Hotel 1000's business has been, and continues to be, disrupted, and Hotel 1000 has suffered, and continues to suffer, damages in an amount to be proven at trial.

40.    As a direct and proximate result of Market Place's conduct in violation of the common law, Market Place has been unjustly enriched in an amount to be proven at trial.

41.    Hotel 1000 is entitled to damages in an amount to be proven at trial.

42.    Hotel 1000 has no adequate remedy at law to redress the damage that Market Place's wrongful acts will continue to cause.  Therefore, it is entitled to an injunction enjoining Market Place's use of its trademark as well as confusingly similar trademarks.

### RELIEF REQUESTED

WHEREFORE, Hotel 1000, LLC, requests relief as follows:

1.    For injunctive relief enjoining Market Place and its agents, servants, employees, and attorneys, and those persons in active concert or participation with any of them who receives actual notice of this injunction, from continuing to: (a) purchase Hotel 1000's HOTEL 1000 trademark or confusingly similar trademarks as a search engine keywords, including but not

COMPLAINT -- 7

No.

m41939-1376956.doc

GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

limited to in connection with "Sponsored Results" or other advertisements that contain Hotel 1000's trademark with hyperlink(s) to Inn at the Market's website; (b) infringe Hotel 1000's trademark rights; or (c) engage in false and misleading advertising in a manner that infringes Hotel 1000's rights.

2.    For an award of damages suffered by Hotel 1000, plus any profits earned by Market Place as a result of its trademark infringement, unfair competition, and false advertising, and unfair and deceptive acts or practices in an amount to be proven at trial.

3.    For an award of exemplary damages under 15 U.S.C. § 1117 and RCW 19.86.060.

4.    For an award of attorney's fees and costs.

5.    For such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Hotel 1000 respectfully requests a trial by jury of all issues triable by a jury.

DATED this 20th day of April, 2010.

GRAHAM & DUNN PC


By /s/ Michael G. Atkins
    Michael G. Atkins
    WSBA# 26026
    Email: matkins@grahamdunn.com
    Attorneys for Plaintiff

COMPLAINT -- 8

No.
m41939-1376956.doc

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,231,570
Registered Apr. 17, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# HOTEL 1000

1000 FIRST AVE. PROPERTIES LLC (WASHINGTON LTD LIAB CO)
14410 BEL-RED ROAD
BELLEVUE, WA 98007

FOR: HOTEL SERVICES FOR PREFERRED CUSTOMERS; HOTEL, BAR AND RESTAURANT SERVICES; HOTELS; PROVIDING BANQUET AND SOCIAL FUNCTION FACILITIES FOR SPECIAL OCCASIONS; PROVIDING CONFERENCE ROOMS; PROVIDING TEMPORARY ACCOMMODATION; PROVISION OF CONFERENCE FACILITIES; PROVISION OF CONFERENCE, EXHIBITION AND MEETING FACILITIES; RENTAL OF ROOMS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 6-26-2006; IN COMMERCE 6-26-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HOTEL", APART FROM THE MARK AS SHOWN.

SN 78-752,607, FILED 11-11-2005.

DAVID C. REIHNER, EXAMINING ATTORNEY

## TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

**04/19/2010**
**900159967**

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | NUNC PRO TUNC ASSIGNMENT |
| EFFECTIVE DATE: | 04/11/2008 |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| 1000 First Ave. Properties LLC | | 04/16/2010 | LIMITED LIABILITY COMPANY: WASHINGTON |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Hotel 1000 LLC |
| Street Address: | 1000 First Avenue |
| City: | Seattle |
| State/Country: | WASHINGTON |
| Postal Code: | 98104 |
| Entity Type: | LIMITED LIABILITY COMPANY: DELAWARE |

**PROPERTY NUMBERS  Total:  1**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3231570 | HOTEL 1000 |

**CORRESPONDENCE DATA**

Fax Number:             (206)340-9599
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone:                    (206) 624-8300
Email:                     IP@grahamdunn.com
Correspondent Name:   Michael G. Atkins, Graham & Dunn PC
Address Line 1:         2801 Alaskan Way, Suite 300 - Pier 70
Address Line 4:         Seattle, WASHINGTON  98121-1128

| ATTORNEY DOCKET NUMBER: | M33785 |
|---|---|
| NAME OF SUBMITTER: | Michael G. Atkins |
| Signature: | /Michael G. Atkins/ |

OP: $40.00  3231570

| Date: | 04/19/2010 |
|-------|------------|

Total Attachments: 2
source=Nunc Pro Tunc Assignment of U.S. Trademark Rights#page1.tif
source=Nunc Pro Tunc Assignment of U.S. Trademark Rights#page2.tif

## NUNC PRO TUNC ASSIGNMENT OF U.S. TRADEMARK RIGHTS

WHEREAS, 1000 First Ave. Properties, LLC ("Assignor"), a Washington limited liability company with its address at 14410 Bel-Red Road, Bellevue, Washington 98007, has adopted, used, is using, and has common law rights in, the mark that is the subject of this assignment, and is the owner of U.S. Registration No. 3,231,570 set forth in Exhibit 1 and incorporated herein by reference; and

WHEREAS, Hotel 1000 LLC ("Assignee"), a Delaware limited liability company with its address at 1000 First Avenue, Seattle Washington 98104, is desirous of acquiring said mark and registration, together with its common law rights and the goodwill associated therewith;

NOW, THEREFORE, for good and valuable consideration, receipt and sufficiency of which are hereby acknowledged, Assignor does hereby assign nunc pro tunc unto Assignee, all rights, title and interest in and to the mark and the registration effective April 11, 2008, together with that portion of its business relating to the mark and the goodwill appurtenant thereto.

First Ave. Properties, LLC

By: _____
Peter deLeuw
President of 1000 First Ave. Inc., Managing Member

Dated: April 16, 2010

m33785-1375554.doc

**Exhibit B - p.12**

SEATTLE, WA METRO >

# SEATTLE by ⊙ Citysearch

HOME | RESTAURANTS | BARS & CLUBS | HOTELS | SHOPPING | SPA & BEAUTY | MOVIES | EVENTS | DIRECTORY & SERVICES | BEST OF CITYSEARCH | BLOG

SEE ALL OUR MOBILE APPS

**Search** | hotel 1000    **Near** | Seattle, WA    GO    Change City or Neighborhood ▼    ⊙ Advertise With Us

Seattle, WA Metro > Seattle

## Results for Seattle Hotel 1000
Displaying results: 1-3 of 3

**Your Filters**   clear

No Filters Selected

### Locations
- ☐ Belltown
- ☐ North Beacon Hill
- ☐ Industrial District (East)
- ☐ Lake Union

more ▼

### Categories
- ☐ Hotels & Motels
- ☐ Catering
- ☐ Luxury Hotels
- ☐ Restaurants

more ▼

Sort by: | Top Matches ▼ |

sponsored results



⊙ **Hotel 1000**

Official Site. Boutique **Hotel** in Pike Place Market Downtown Seattle.
www.innatthemarket.com ☑

⊞ **Expedia: Hotel Rooms**

Save up to 50% on **hotels** at Expedia. No Expedia change or cancel fees.
www.Expedia.com ☑

**1** **Hotel 1000**
Business Hotels, Hotels & Motels, Luxury Hotels
1000 First Ave, Seattle, WA (map)
Neighborhood Downtown

☆☆☆☆☆
14 Reviews

**2** **Hotel 1000**
Hotels & Motels
1000 First Avenue, Seattle, WA (map)
Neighborhood Downtown

write a review

**3** **China First**
Restaurants, Catering
Mandarin, Hunan, Szechuan, vegetarian--no MSG.
4237 University Way Ne, Seattle, WA (map)
Neighborhood University District

write a review

Advertisement



their SECRET SAUCE recipe. Microsoft

SPONSORED RESULTS

Exhibit C - 1 - p.13

# YAHOO!®



| Web | Images | Video | Local | Shopping | News | More |

**hotel 1000**

Search    Options ▾

**Also try:** hotel 1000 seattle, hotel 1000 seattle wa, More...

Sponsored Results

**The Hotel 1000 in Seattle**
Photos, Customer Ratings & Reviews. Save on Seattle Hotels at Expedia.
www.Expedia.com

**1000 Hotel Seattle**
Stay at Hotel 1000 Seattle! Save up to 70% (800) 992-2694
Hotel1000.ReservationCounter.com

**Hotel 1000** : Seattle's Premiere Luxury **Hotel** Destination
Luxury **hotel** in Seattle. Fixtures include bathtubs that fill from the ceiling.
www.hotel1000seattle.com - Cached

12 Days ... - Hotel 1000 ... : Seattle's Premiere Luxury Destination
**Hotel 1000**, Seattle's first true luxury boutique **hotel**. Centrally located downtown
close to shopping, Seattle Center, Pioneer Square, Pike Place Market, ...
www.hotel1000seattle.com/12dayspackage.html - Cached

**Hotel 1000** (Seattle, WA) - **Hotel** Reviews - TripAdvisor
★★★★½ (214 Reviews) - Seattle, WA 98104, WA 98104
**Hotel 1000**, Seattle. See 214 traveler reviews, 78 candid photos,
and great deals for **Hotel 1000**, ranked #1 of 125 hotels in Seattle
and rated 4.5 of 5 at TripAdvisor.
tripadvisor.com/Hotel_Review-g60878-d613399-Reviews-
Hotel_1000... - 128k - Cached

fab-u-lous - Review of **Hotel 1000**, Seattle, WA - TripAdvisor
★★★★½ (214 Reviews) - Seattle, WA 98104, WA 98104
1000 First Avenue, Seattle, WA 98104... **Hotel 1000**: fab-u-lous -
See traveler reviews, 78 candid photos, and great deals for Seattle,
WA, at TripAdvisor.
tripadvisor.com/ShowUserReviews-g60878-d613399-r4299932-
Hotel_1000... - Cached

**Hotel 1000 Hotel** Seattle - **hotel** deals and reviews - venere.com
★★★★★ (1 review) - 1000 First Avenue - WA 98104 Seattle
Great deals for **Hotel 1000** in Seattle. Read more **hotel** reviews, find
**hotel Hotel 1000** on a map of Downtown, Seattle and book online.
www.venere.com/hotels/seattle/hotel-1000 - Cached

  

Sponsored Results

**Seattle WA Hotels**
**Hotel** with free Internet & breakfast
bar. Low Web rates. Stay Smart.
www.HIExpress.com/Seattle

**Hotel 1000**
Official Site. Boutique **Hotel** in Pike
Place Market Downtown Seattle.
www.Innatthemarket.com

**Silver Cloud Hotels** - Seattle
Official Site. Four Seattle Locations.
Best Rates Available Online.
www.SilverCloud.com

**Hotel 1000** Seattle
No Cancel Fee At **Hotels**.com.
Book Now & Save On Seattle **Hotels**
www.hotels.com

**Seattle Hotels** at Hotwire®
4-star **hotels** at 2-star prices with
low Hotwire Hot Rates.
www.Hotwire.com/Seattle

**Save** on **Hotel 1000**
Up to 70% Off **Hotel 1000**.
Compare Prices & Get the Best
Deal.
Hotel-1000.Tripzen.com

**Hotels** in Seattle WA
Save Money on a **Hotel** in Seattle!
Low Rates on **Hotels** & Packages.
DealBase.com/Seattle

---

View Hotes (1)

SearchScan - On

125,000,000 results for
**hotel 1000**:

Show All

TripAdvisor

Expedia

AOL Travel

Virtualtourist.com

Local Business Sites

Exhibit C -2 - p.14