UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOTEL 1000, LLC, a Delaware limited liability company,<br><br>                                  Plaintiff(s),<br>Vs.<br><br>MARKET PLACE CENTER, LTD., a Washington corporation,<br><br>                                  Defendant(s). | NO. CV10-674-JLR<br><br>AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT. |

STATE OF WASHINGTON   )
                                  ) ss.
COUNTY OF KING          )

The undersigned, being first duly sworn, on oath states:

    That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

    That at 11:33 A.M. on April 21st, 2010, at 86 Pine Street, Seattle, Washington, I duly served the above-described documents in the above-described matter upon Market Place Center, Ltd., by then and there personally delivering a true and correct copy thereof by leaving the same with Robert H. Thurston, its Registered Agent.

                                      LELAND GIPSON         KING CO. # 9307249

| | | |
|---|---|---|
| Service Fees: | 12.00 | |
| Ferry tolls: | | SUBSCRIBED AND SWORN to before me on:   APR 2 2 2010 |
| Travel: | 3.50 | |
| SSA: | | |
| Trace: | | |
| Bad Address: | | WILLIAM P. LUTKUS |
| Aff./Notary Fee: | 12.00 | NOTARY PUBLIC in and for the State |
| Special Fee: | 15.00 | of Washington residing at: Seattle. |
| Wait: | | My commission expires: 10-01-10. |
| TOTAL | $ 42.50 | |

